U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 1 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY | CIVIL ACTION NO. 06-2357 |
| versus | JUDGE WALTER |
| B&S EQUIPMENT COMPANY, INC. | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Abstain and Dismiss or, In the Alternative, Transfer Venue (Doc. 7) is denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this 12 day of Sept, 2007.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE